*Mr. Attorney General* and *Mr. J. Hubley Ashton* for the appellants.

No appearance for appellee.

---

## WILLIAMSON *v.* MOORE.

**ERROR TO THE COURT OF APPEALS OF THE STATE OF NEW YORK.**

No. 421. Argued February 14, 1868. — Decided April 6, 1868.

*Williamson* v. *Suydam,* 6 Wall. 723, followed.

MOTION TO DISMISS. The case is stated in the opinion.

MR. JUSTICE CLIFFORD delivered the opinion of the court.

The facts of the case are substantially the same as in the case just decided. *Williamson* v. *Suydam,* 6 Wall. 723.

The case, among other things, alleges that the act of April 1, 1814, was unconstitutional and void, as impairing the obligation of contracts.

Judgment of the state court was to the contrary in express terms, as appears in the record. *Motion overruled.*

*Mr. David Dudley Field* for plaintiffs in error.

*Mr. H. E. Davies* for defendant in error.